■ RICHMOND LaBEAU, Respondent, v KARL AMYLON, as City Manager of the City of Watertown, et al., Appellants. [632 NYS2d 1019] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.— CPLR art 78.) Present—Pine, J. P., Lawton, Callahan, Balio and Davis, JJ.